**Order entered February 4, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01140-CR

**MANUEL CORTEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-30535-T**

## ORDER

The clerk's record filed in this appeal does not contain a copy of appellant's August 4, 2014 notice of appeal. Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, a supplemental clerk's record containing appellant's notice of appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE